# COURT ORDER ON CASE FILING

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 0 6 2018 ★
BROOKLYN OFFICE

Case number ___CV17-7599___

Magistrate Judge ___TISCIONE___ ✓

Treat under Local Rule 72.2 _____ ✓

Court respectfully requests expedition by the Magistrate Judge ___✓___

Case Manager: ___✓___

Set a conference before me as soon as possible after appearance ___✓___

Set a conference before me _____ days from today's date _____

Set a conference before me on case control promptly upon completion of discovery as certified by the Magistrate Judge or the filing of a dispositive motion whichever occurs earlier. Motions under Rule 12 are not encouraged _____

Plaintiff and a knowledgeable person for the defendant shall appear at the conference ___✓___.

Respectfully referred to the Magistrate Judge for: _(expedition and settlement)_ _(discovery, settlement, and advising the Court when it's ready)_

_____
Jack B. Weinstein
Sr. U. S. District Judge

Date: 1/25/18