United States District Court
Eastern District of New York

1:17-cv-07599 (JBW) (ST)

Shatequa Leguette, individually and on behalf of all others similarly situated,

                Plaintiff,

- against -

Schwan's Company, Schwan's Food Service, Inc., Schwan's Consumer Brands, Inc., SFC Global Supply Chain, Inc.

                Defendants

Notice of Voluntary Dismissal

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 0 2 2018 ★
BROOKLYN OFFICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed against defendants Schwan's Company, Schwan's Food Service, Inc. and SFC Global Supply Chain, Inc.

Dated: March 21, 2018

ordered
[signature]
3/2 4/18
So
ordered

Respectfully submitted,

Levin-Epstein & Associates, P.C.
/s/Joshua Levin-Epstein
Joshua Levin-Epstein
1 Penn Plaza, Suite 2527
New York, NY 10119
Tel: (212) 792-0046

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
891 Northern Blvd., Suite 201
Great Neck, NY 11021
Tel: (516) 303-0552
spencer@spencersheehan.com



1:17-cv-07599 (JBW) (ST)
United States District Court
Eastern District of New York

Shatequa Leguette, individually on behalf of himself and all others similarly situated,

        Plaintiff,

- against -

Schwan's Company, Schwan's Food Service, Inc., Schwan's Consumer Brands, Inc., SFC Global Supply Chain, Inc.

        Defendants

## Notice of Voluntary Dismissal

Levin-Epstein & Associates, P.C.
1 Penn Plaza
Suite 2527
New York, NY 10119
Tel: (212) 792-0046
Fax: (212) 563-7108
joshua@levinepstein.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: March 21, 2018

                                                /s/ Joshua Levin-Epstein
                                                Joshua Levin-Epstein