# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shatequa Leguette, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>-against-<br><br>Schwan's Company, Schwan's Food Service Inc., Schwan's Consumer Brands, Inc., SFC Global Supply Chain, Inc.,<br><br>                           Defendants. | Case No. 1:17-cv-07599-JBW-ST<br><br>Hon. Jack B. Weinstein<br><br><br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint, Defendant Schwan's Consumer Brands, Inc., shall move on July 12, 2018, at 10:30 a.m., before the Honorable Jack B. Weinstein, United States District Court Judge for the Eastern District of New York, at the United States Court House, 225 Cadman Plaza, Brooklyn, New York 11201, for an order dismissing the Complaint of Plaintiff Shatequa Leguette (Dkt. 1) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, on the ground that the Complaint fails to state a claim upon which relief can be granted and that the Plaintiff lacks standing.

B4836893.1

Dated: May 18, 2018                                  Respectfully submitted,

/s/ August T. Horvath
August T. Horvath (AH 8776)
*ahorvath@foleyhoag.com*
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, New York 10036
Tel:  (646) 927-5500
Fax (646) 927-5599

Nicole Kinsley (*pro hac vice* petition forthcoming)
*nkinsley@foleyhoag.com*
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210-2600
Tel:  (617) 832-1000
Fax:  (617) 832-7000


*Attorneys for Defendant Schwan's Consumer Brands, Inc.*

B4836893.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of May 2018, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *August T. Horvath*
August T. Horvath

B4836893.1