**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 21, 2018 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-7599 (JBW) |
| **NAME OF CASE(S):** | **LEGUETTE -V- SCHWANS COMPANY, ET AL.** |
| **FOR PLAINTIFF(S):** | Sheehan |
| **FOR DEFENDANT(S):** | Horvath |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:17 - 10:22 |

**RULINGS FROM INITIAL CONFERENCE:**

For the reasons discussed on the record, the Court stays discovery pending a decision on Defendants' Motion to Dismiss.