UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHATEQUA LEGUETTE, JOANNE MILLER, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>– against –<br><br>SCHWAN'S COMPANY, SCHWAN'S FOOD SERIVCE INC., SCHWAN'S CONSUMER BRANDS, INC., SFC GLOBAL SUPPLY CHAIN, INC.,<br><br>                         Defendants. | **ORDER**<br><br>17-CV-07599<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ JUL 0 5 2018 ★<br>BROOKLYN OFFICE |

**JACK B. WEINSTEIN, Senior District Judge:**

    An evidentiary hearing was scheduled for July 12, 2018 at 10:30 A.M., with the parties' summary judgment motions and laboratory reports due on June 27, 2018. A substantially amended complaint was filed on June 7, 2018. The court assumes that a new hearing will now be required and has chosen to postpone the evidentiary hearing scheduled for July 12, 2018. The new dates for the briefing schedule and the evidentiary hearing shall be arranged with case coordinator, June Lowe, 718-613-2525.

    The evidentiary hearing will be as broad as previously contemplated and will additionally address plaintiffs' new claims, including allegations regarding inappropriate artificial flavoring and chemical preservatives in the pie filling, the effect of emulsifiers on the flakiness of the pie crust, and plaintiffs' calculation of the amount of butter in defendants' pies.

                                                    SO ORDERED.

                                                    Jack B. Weinstein
                                                    Senior United States District Judge

Dated: July 2, 2018
Brooklyn, New York