UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHATEQUA LEGUETTE, JOANNE MILLER, individually and on behalf of all others similarly situated,

                  Plaintiff,

– against –

SCHWAN'S COMPANY, SCHWAN'S FOOD SERIVCE INC., SCHWAN'S CONSUMER BRANDS, INC., SFC GLOBAL SUPPLY CHAIN, INC.,

                  Defendants.

---

ORDER

17-CV-07599

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 25 2018 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior District Judge:**

An evidentiary hearing on the parties' motions for summary judgment shall be held on October 2, 2018, at 10:30 A.M, with the parties' summary judgment motions and laboratory reports due on September 18, 2018.

The evidentiary hearing will be as broad as previously contemplated. *See* ECF Nos. 16, 19.

                                  SO ORDERED.

                                  Jack B. Weinstein
                                  Senior United States District Judge

Dated: July 24, 2018
Brooklyn, New York