FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 27 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
SHATEQUA LEGUETTE et al

          v                                                                             ORDER
                                                                               CV17-7599

SCHWAN'S COMPANY et al
----------------------------------------------------X

**Jack B. Weinstein, Senior United States District Judge**

      The court has defendants' letter of November 19, 2018.

      Since Ms. Holmberg expects to be in Minnesota, she may appear by telephone or video. Arrange for her appearance with Case Coordinator June Lowe, at (718)613-2525.

SO ORDERED

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 11/21/2018

