# EXHIBIT A

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
 2  --------------------------------x
    SHATEQUA LEGUETTE, et al
 3                PLAINTIFFS              17 CV 7599(JBW)

 4  versus                                U. S. Courthouse
                                          225 Cadman Plaza East
 5  SCHWAN'S COMPANY, et al,              Brooklyn, New York
                                          January 30, 2019
 6                DEFENDANTS.             10:00 a. m.
    --------------------------------x
 7

 8         TRANSCRIPT OF CIVIL CAUSE FOR MOTION HEARINGL
              BEFORE THE HONORABLE JACK WEINSTEIN
 9                 UNITED STATES DISTRICT JUDGE

10                        APPEARANCES

11  Attorney for Plaintiff:

12  SHEEHAN & ASSOCIATES, PC
    505 Northern Boulevard, Suite 311
13  Great Neck, New York 11021
    BY:   SPENCER SHEEHAN, ESQ.
14

15  Attorneys for Defendants:

16  FOLEY HOAG, LLP
    1540 Broadway, 23rd Floor
17  New York, New York 10036
    BY:  AUGUST HORVATH, ESQ.
18       MITAL PATEL, ESQ.

19  ALSO PRESENT:       SHATEQUA LEGUETTE

20                      JENNIFER HOLMBERG

21  Court Reporter:
    LISA SCHMID, CCR, RMR
22  Official Court Reporter
    225 Cadman Plaza East
23  Brooklyn, New York 11201
    Phone:  718-613-2644 Fax:  718-613-2379
24
    Proceedings recorded by mechanical stenography.  Transcript
25  produced by computer-aided transcription.
```

```
 1      ████████   ██████████████████████████
 2   ██████████████████████████
 3      ████████  ██████  ██████████████████████
 4   ██████████████████
 5      ████████  ██████████████████████████
 6   ███████████████████████████████████
 7      ████████  ████████████████████
 8      ████████  ██████████  ████████████████
 9   ██████
10      ██████████  ████████████████
11            THE COURT:  Well, I am inclined to do two things.
12   One, find that this is not an adequate person to represent the
13   class in the United States, and in any event, in view of the
14   differences in law, I'm not sure that it's an adequate
15   representation that I can deal with, when I know from other
16   cases, you'll find that the law is different in many of the
17   states.  So, I'm inclined to sever the Florida representation.
18            You ever buy a pie in Florida?
19            MS. LEGUETTE:  No.
20            THE COURT:  Sever the Florida case, and send it
21   down.
22            You have a different representation for Florida,
23   don't you?
24            MR. SHEEHAN:  Yes, Your Honor.  The plaintiff
25   representative, Ms. Miller, who lives in Florida,
```

```
 1   St. Petersburg, and who I contacted after the most recent
 2   docket order, informed me that due to her husband's recent
 3   release from the hospital and her intense fear and dislike of
 4   flying, she would not be able to be here this week.
 5             THE COURT:  But she still wants to represent --
 6             MR. SHEEHAN:  Oh, yes, sir.
 7             THE COURT:  -- Florida?
 8             MR. SHEEHAN:  Absolutely.  And I told her I would
 9   convey her sentiments to me, and I would pass that along to
10   the Court, and I can bring her on the phone, and --
11             THE COURT:  She lives in Florida?
12             MR. SHEEHAN:  Yes, sir.
13             THE COURT:  And if she bought pies, it's likely to
14   be in Florida?
15             MR. SHEEHAN:  That's the only place.
16             THE COURT:  Because of her flying problem, fear of
17   flying?
18             MR. SHEEHAN:  I don't know how she got to Florida.
19             THE COURT:  Fear of lying --
20             MR. SHEEHAN:  So she says.
21             THE COURT:  -- that has nothing to do with fear of
22   flying.
23             Well, I'm going to dismiss the representation of the
24   United States by this one plaintiff.  She simply can't do it.
25   She's a local lady from Queens -- and neither can the
```

```
 1   representative from Florida represent all those in the other
 2   48 states.
 3            But with respect to Florida, I will permit you, if
 4   this is what you want to do, to sever the Florida case and
 5   transfer it to Florida.  But I think that's going to cause
 6   both parties a good deal of legal problems.
 7            You don't have a representative in Florida to handle
 8   this kind of case, do you?
 9            MR. HORVATH:  No, Your Honor, but we can probably
10   manage somehow.
11            THE COURT:  I understand.
12            Well, anyway, that's what I'll do.
13            Do you have any objection to those two?
14            MR. HORVATH:  No, Your Honor.  We don't.
15            THE COURT:  Do you object?
16            MR. SHEEHAN:  I don't quite understand the reason
17   for severing, but of course, you know, we accept Your Honor's
18   decision.
19            THE COURT:  All right.  The Florida case is severed.
20   You'll file a new complaint, putting everything on Florida in
21   one set of papers, and then submit an order transferring the
22   case as indicated by the new pleadings separated from the old
23   pleadings, and transferring it to Florida.
24            What district in Florida?  Do you know?
25            MR. SHEEHAN:  I am not certain, but I believe
```

███████████████████████

    ██████████  ██████████████████████████

██████████████████████

    ██████████  ██████████████████████████

████████████████████████████

    ██████████  ████

    ██████████  ██████████

    ██████████  ████

    THE COURT:  ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

    In any event, what I'm deciding today is to dismiss this suit as a national suit, to require a separate complaint for the Florida suit, and then our clerk will transfer it to Florida.

    You'd better check and see what district it should be transferred to.

            ████████████████████████  ██████████

    ██████████████  ████████████████████████████

████████████████████████

        ██████████  ██████████  ██████████████

        ██████████  ██████████

        ████████████████████████████████████████

██████████████████████

        ██████████  ████████████████████  ██████████