| United States District Court Eastern District of New York | 1:17-cv-07599-JBW-ST |
|---|---|
| Shatequa Leguette individually and on behalf of all others similarly situated<br><br>                              Plaintiff<br><br>           - against -<br><br>Schwans Company et al<br><br>                              Defendant | Stipulation of Voluntary Dismissal |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against defendant. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Date:   July 29, 2019

| Sheehan & Associates, P.C. | Foley Hoag LLP |
|---|---|
| /s/ Spencer Sheehan | /s/ August Horvath |
| 505 Northern Blvd., STE 311<br>Great Neck, NY 11021<br>(516) 303-0552<br>spencer@spencersheehan.com<br>Attorney for Plaintiff | 1301 Avenue of the Americas, FL 25<br>New York, NY 10019<br>(646) 927-5544<br>ahorvath@foleyhoag.com<br>Attorney for Defendant |

1:17-cv-07599-JBW-ST
United States District Court
Eastern District of New York

Shatequa Leguette individually and on behalf of all others similarly situated

Plaintiffs

- against -

Schwans Company et al

Defendant

Stipulation of Voluntary Dismissal

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: July 29, 2019

/s/ Spencer Sheehan<br>Spencer Sheehan