United States District Court
Eastern District of New York

1:17-cv-07599-JBW-ST

Shatequa Leguette individually and on behalf of all others similarly situated

Plaintiff

- against -

Schwans Company et al

Defendant

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

Stipulation of Voluntary Dismissal
JUL 30 2019
BROOKLYN OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against defendant. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Date:   July 29, 2019

Sheehan & Associates, P.C.

/s/ Spencer Sheehan
505 Northern Blvd., STE 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com
Attorney for Plaintiff

Foley Hoag LLP

/s/ August Horvath
1301 Avenue of the Americas, FL 25
New York, NY 10019
(646) 927-5544
ahorvath@foleyhoag.com
Attorney for Defendant

*close the case. So ordered.*
*Jack Weinstein*
*7/30/19*